*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, KIRKBY, and GANNON
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Karla ASCENCIO**
Sergeant (E-5), U.S. Marine Corps
*Appellant*

**No. 202400360**

_____

Decided: 19 March 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Matthew M. Harris

Sentence adjudged 31 May 2024 by a special court-martial tried at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for ten months, forfeiture of $1,000 pay per month for 10 months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Andrew C. Sand, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.